# UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:05-CR-128 |
| | ) | (Phillips) |
| ANGELINA BRADLEY | ) | |

## ORDER

This matter is before the court on the government's motion for sentence reduction pursuant to Rule 35(b), Federal Rules of Criminal Procedure [Doc. 208]. The government's motion for sentence reduction is **GRANTED.**

**IT IS HEREBY ORDERED** that defendant's sentence is reduced from 120 months to **seventy-two (72) months.**

All other provisions of the judgment [Doc.135] shall remain as previously ordered by the court.

**IT IS SO ORDERED.**

ENTER:

    s/ Thomas W. Phillips
United States District Judge