UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:05-CR-128-02 |
| | ) | |
| ANGELINA BRADLEY | ) | |

## **MEMORANDUM AND ORDER**

This matter is before the Court on the defendant's *pro se* motion for early termination of her sentence of probation [Doc. 266]. In support of her motion, defendant states that she has complied fully with all the conditions of her sentence. She has been on probation for over four years without incident. Her drug screen tests have all been negative. Defendant has been gainfully employed by Subsouth LLC as manager of a Subway restaurant since 2010. Defendant works 50 to 60 hours per week and all requirements and obligations of her probation have been met. Defendant states that she has learned her lesson and would like to travel with her family without hindrance.

The Probation Office reports that defendant lives with her mother in New Market, Tennessee. Defendant has maintained full time employment, working 50-60 hours per week. She has maintained a stable residence throughout her time on supervised release, completing 4 years of a 5 year term of supervised release. Defendant has not incurred any arrests or violations while on supervised release. Defendant was ordered to participate in a program of testing for drug or alcohol abuse and her drug screens have been negative. Further, the supervising probation officer agrees that defendant meets the

criteria for early termination of supervised release. The government has advised the Court that it does not oppose the defendant's motion for early release.

Defendant pleaded guilty to and was sentenced to one count of conspiracy to manufacture, distribute, and possess with intent to distribute 50 grams or more of methamphetamine in violation of 21 U.S.C. § 846, 841(a)(1), and 841(b)(1)(A). On June 6, 2006, defendant was sentenced to a term of imprisonment of 120 months and a five year term of supervised release [Doc. 135]. On July 12, 2007, the Court granted the government's motion for sentence reduction pursuant to Fed. R. Crim. P. 35(b) and reduced defendant's sentence from 120 months to 72 months [Doc. 210].

Defendant moves for early termination of probation pursuant to 18 U.S.C. § 3564(c) which provides:

> The court, after considering the factors set forth in section 3553(a) to the extent that they are applicable, may, pursuant to the provisions of the Federal Rules of Criminal Procedure relating to the modification of probation, terminate a term of probation previously ordered and discharge the defendant at any time in the case of a misdemeanor or an infraction or at any time after the expiration of one year of probation in the case of a felony, if it is satisfied that such action is warranted by the conduct of the defendant and the interest of justice.

After carefully considering the requirements of the statute, the Court finds the relevant portions of 18 U.S.C. § 3553(a) support an early termination of defendant's probation. In support of this determination, the Court notes that defendant has completed four years of her five-year term of probation; she has been in full compliance with the conditions of her probation; she maintains steady employment and a stable residence. In addition, her supervising probation officer recommends early termination and the

2

government does not oppose the request. It appears to the Court that defendant has rehabilitated herself and she poses no threat to any individual or the community to reoffend. Accordingly, pursuant to 18 U.S.C. § 3564(c), based on the defendant's conduct and the interests of justice, defendant's motion for early termination of probation [R. 266] is **GRANTED.** Defendant's term of probation is **TERMINATED.**

**IT IS SO ORDERED.**

                                 s/ Thomas W. Phillips
                                SENIOR UNITED STATES DISTRICT JUDGE